No. 5,840.—STATE EX REL. GORDON CAMPBELL PETROLEUM CO. ET AL., RELATORS, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of prohibition directed to the District Court of the Nineteenth Judicial District in and for the County of Toole, and Honorable John J. Greene, Judge thereof, to prohibit respondents from proceeding further in an

action wherein Harry C. Williard et al. were plaintiffs and relators were defendants, after the filing of a disqualifying affidavit against said Judge.

Decided October 19, 1925.

PER CURIAM.—Relator's petition for writ of prohibition is denied.

*Mr. S. C. Ford* and *Mr. Frank Woody,* for Relators.